

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                       |
|------------------------|---|-----------------------|
| IN RE:                 | § | No. 08-23-00353-CV    |
|                        | § | AN ORIGINAL PROCEEDING |
| GINA RUIZ,             | § | IN MANDAMUS           |
| Relator.               | § |                       |
|                        | § |                       |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against

the Honorable Lyda Ness Garcia of the 383rd District Court of El Paso, Texas and concludes that

Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ

of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER 2023.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.